## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pilotto, Alfred

Printed: 9/3/08

Case Number: 05 B 43831
Judge: Wedoff, Eugene R
Filed: 10/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: July 3, 2008
Confirmed: January 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 53,637.07 |  |
| Secured: |  | 47,744.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,854.26 |
| Other Funds: |  | 338.33 |
| Totals: | 53,637.07 | 53,637.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Home Finance | Secured | 39,680.01 | 39,680.01 |
| 3. | Onyx Acceptance Corp | Secured | 6,468.67 | 6,468.67 |
| 4. | Arrow Financial Services | Secured | 1,595.80 | 1,595.80 |
| 5. | Arch Communications | Unsecured |  | No Claim Filed |
| 6. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 7. | CBCSPFLD | Unsecured |  | No Claim Filed |
| 8. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 9. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 10. | MBNA America | Unsecured |  | No Claim Filed |
| 11. | Credit Systems Inc | Unsecured |  | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 50,444.48 | $ 50,444.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 802.99 |
| 5% | 319.37 |
| 4.8% | 474.07 |
| 5.4% | 983.78 |
| 6.5% | 274.05 |
|  | _____ |
|  | $ 2,854.26 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pilotto, Alfred

Printed:  9/3/08

Case Number:  05 B 43831

Judge:  Wedoff, Eugene R

Filed:  10/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

